Manuel Garcia, Esq. (SBN 183535)
Nicholas J. Perry, Esq. (SBN 276439)
PEEL | GARCIA LLP
3585 W. Beechwood, Suite 101
Fresno, California 93711
Telephone:    (559) 431-1300
Facsimile:    (559) 431-1442

Attorneys for: Defendants, CORINA HERNANDEZ AND GERARDO HERNANDEZ DBA TAQUERIA Y CARNICERIA CORINA'S 2; EVA MENDOZA; and FRED MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NATIVIDAD GUTIERREZ, | ) Case No.  1:12-CV-00457-LJO-MJS |
|---|---|
|           Plaintiff, | ) **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CORINA HERNANDEZ AND GERARDO HERNANDEZ DBA TAQUERIA Y CARNICERIA CORINA'S 2 TO RESPOND TO COMPLAINT AND ORDER THEREON** |
| v. | |
| EVA MENDOZA, et al. | |
|           Defendants. | |

WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Corina Hernandez and Gerardo Hernandez dba Taqueria Y Carniceria Corina's 2 ("Defendants") previously entered into and filed a stipulation extending Defendants' time to file a responsive pleading to May 16, 2012;

WHEREAS, counsel for Defendants were just retained by Defendants on May 15, 2012. In order to properly analyze the claims against the Defendants and prepare an appropriate responsive pleading, counsel for Defendants will need appropriate time to evaluate the Complaint, facts, and circumstances of this case.  Defendants have acted in good faith in seeking counsel to represent them in this action;

1

STIPULATION FOR EXTENSION OF TIME

1  WHEREAS, this request for extension is made prior to the expiration for performance under the original stipulation.  Further, Plaintiff's counsel has previously provided the Mendoza Defendants an extension of time within which to file their responsive pleadings, which must occur on or before June 7, 2012.  This minimal delay in the Defendants' filing will run concurrently with the previous stipulation for the Mendoza Defendants.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendants, through their counsel of record, and Plaintiff, through his counsel of record, that pursuant to Federal Rules of Civil Procedure 6(b), Defendants may have up to, and including, June 7, 2012, to file a responsive pleading.

IT IS SO STIPULATED.

Dated:  May 16, 2012               PEEL | GARCIA LLP


                          By:     /s/ Nicholas J. Perry _____
                                  Nicholas J. Perry, Attorney for,
                                  Defendants, CORINA HERNANDEZ AND
                                  GERARDO HERNANDEZ DBA TAQUERIA Y
                                  CARNICERIA CORINA'S 2; EVA MENDOZA;
                                  and FRED MENDOZA


Dated:  May 16, 2012               MOORE LAW FIRM, P.C.


                          By:     /s/ Tanya E. Moore_____
                                  Tanya E. Moore, Attorney for,
                                  Plaintiff, NATIVIDAD GUTIERREZ

//

//

//

//

//

**ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Stipulation for Extension of Time for Defendants Corina Hernandez and Gerardo Hernandez dba Taqueria Y Carniceria Corina's 2 ("Defendants") to Respond to Complaint be granted.  Defendants may have up to, and including, June 7, 2012, to file a responsive pleading.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

1  I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3585 West Beechwood, Suite 101, Fresno, California 93711.

On May 16, 2012, I served the within **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CORINA HERNANDEZ AND GERARDO HERNANDEZ DBA TAQUERIA Y CARNICERIA CORINA'S 2 TO RESPOND TO COMPLAINT AND ORDER THEREON** on the interested parties in said action, as listed below:

> Tanya E. Moore
> MOORE LAW FIRM, P.C.
> 332 North Second Street
> San Jose, CA 95112
> Email: Tanya@moorelawfirm.com
> Tel: (408) 298-2000 / Fax: (408) 298-6046
> *Attorneys for Plaintiff*

[XX]  VIA ELECTRONIC MAIL - I caused such document(s) to be served via electronic mail to the email address(es) above.

[  ]  VIA OVERNIGHT MAIL - I caused such envelope to be delivered by hand in a receptacle regularly maintained by the United Parcel Service.

[  ]  BY MAIL - I am readily familiar with the firm's practice of collection and processing of documents for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if sworn as a witness I can competently testify to the foregoing of my own knowledge.

Executed on May 16, 2012, at Fresno, California.

 /s/ Angela Antoyan
Declarant - Angela Antoyan

IT IS SO ORDERED.

Dated:  May 17, 2012              /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION OF TIME