1  Manuel Garcia, Esq. (SBN 183535)
   Nicholas J. Perry, Esq. (SBN 276439)
2  PEEL | GARCIA LLP
   3585 W. Beechwood, Suite 101
3  Fresno, California 93711
   Telephone:   (559) 431-1300
4  Facsimile:    (559) 431-1442

5  Attorneys for: Defendants, CORINA HERNANDEZ AND GERARDO HERNANDEZ DBA
                  TAQUERIA Y CARNICERIA CORINA'S 2; EVA MENDOZA; and FRED
6                 MENDOZA

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10 | NATIVIDAD GUTIERREZ,              ) Case No. 1:12-CV-00457-LJO-MJS
                                       )
11 |                                   ) **STIPULATION FOR EXTENSION OF**
                  Plaintiff,           ) **TIME FOR DEFENDANTS CORINA**
12 |                                   ) **HERNANDEZ AND GERARDO**
           v.                          ) **HERNANDEZ DBA TAQUERIA Y**
13 |                                   ) **CARNICERIA CORINA'S 2 AND**
   EVA MENDOZA, et al.                 ) **DEFENDANTS EVE MENDOZA AND**
14 |                                   ) **FRED MENDOZA TO RESPOND TO**
                                       ) **COMPLAINT AND CONTINUANCE OF**
15 |              Defendants.          ) **INITIAL SCHEDULING CONFERENCE**
                                       ) **AND ORDER THEREON**
16 |                                   )
                                       )
17

18    WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Corina Hernandez

19 and Gerardo Hernandez dba Taqueria Y Carniceria Corina's 2 ("Hernandez Defendants")

20 previously entered into and filed two stipulations extending Defendants' time to file a responsive

21 pleading to May 16, 2012 and then to June 7, 2012;

22

23    WHEREAS, Plaintiff and Defendants Eva Mendoza and Fred Mendoza ("Mendoza

24 Defendants") previously entered into a stipulation extending Defendants' time to file a

25 responsive pleading to June 7, 2012.

26    WHEREAS, Plaintiff and all Defendants have tentatively settled this matter and

27 anticipate executing the settlement documents in the next 20-30 days, Defendants request a final

28

extension to July 7, 2012 to file answers to Plaintiff's Complaint to allow the parties time to settle and dismiss this action.

WHEREAS, this request for extension is made prior to the expiration for performance under the original stipulations and will provide the parties the opportunity to resolve and dismiss this matter in the next 30 days.

WHEREAS, based on settlement discussions the parties request the June 28, 2012, Initial Scheduling Conference be continued to a date after August 3, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendants, through their counsel of record, and Plaintiff, through his counsel of record, that pursuant to Federal Rules of Civil Procedure 6(b), Defendants may have up to, and including, July 7, 2012, to file a responsive pleading.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendants, through their counsel of record, and Plaintiff, through his counsel of record, that the June 28, 2012, Initial Scheduling Conference be continued to a date after August 3, 2012.

IT IS SO STIPULATED.

Dated:  June 8, 2012                              PEEL | GARCIA LLP

                                      By:   /s/ Manuel Garcia_____
                                            Manuel Garcia, Attorney for,
                                            Defendants, CORINA HERNANDEZ AND
                                            GERARDO HERNANDEZ DBA TAQUERIA Y
                                            CARNICERIA CORINA'S 2; EVA MENDOZA;
                                            and FRED MENDOZA

Dated:  June 8, 2012                              MOORE LAW FIRM, P.C.

                                      By:   /s/ Tanya E. Moore_____
                                            Tanya E. Moore, Attorney for,
                                            Plaintiff, NATIVIDAD GUTIERREZ

## ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Stipulation for Extension of Time for Defendants Corina Hernandez and Gerardo Hernandez dba Taqueria Y Carniceria Corina's 2 ("Hernandez Defendants") and Eva and Fred Mendoza ("Mendoza Defendants") to Respond to Complaint be granted. Defendants may have up to, and including, July 7, 2012, to file a responsive pleading.

IT IS ALSO HEREBY ORDERED that the June 28, 2012, Initial Scheduling Conference be continued to August 3 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 15, 2012              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE