Manuel Garcia, Esq. (SBN 183535)
Nicholas J. Perry, Esq. (SBN 276439)
PEEL | GARCIA LLP
3585 W. Beechwood, Suite 101
Fresno, California 93711
Telephone:  (559) 431-1300
Facsimile:  (559) 431-1442

Attorneys for: Defendants, CORINA HERNANDEZ AND GERARDO HERNANDEZ DBA TAQUERIA Y CARNICERIA CORINA'S 2; EVA MENDOZA; and FRED MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>EVA MENDOZA, et al.<br><br>Defendants. | Case No. 1:12-CV-00457-LJO-MJS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CORINA HERNANDEZ AND GERARDO HERNANDEZ DBA TAQUERIA Y CARNICERIA CORINA'S 2 AND DEFENDANTS EVE MENDOZA AND FRED MENDOZA TO RESPOND TO COMPLAINT AND CONTINUANCE OF INITIAL SCHEDULING CONFERENCE AND ORDER THEREON** |

WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Corina Hernandez and Gerardo Hernandez dba Taqueria Y Carniceria Corina's 2 ("Hernandez Defendants") previously entered into and filed two stipulations extending Defendants' time to file a responsive pleading to May 16, 2012 and then to June 7, 2012;

WHEREAS, Plaintiff and Defendants Eva Mendoza and Fred Mendoza ("Mendoza Defendants") previously entered into a stipulation extending Defendants' time to file a responsive pleading to June 7, 2012.

WHEREAS, Plaintiff and all Defendants have tentatively settled this matter and anticipate executing the settlement documents in the next 20-30 days, Defendants request a final

extension to July 7, 2012 to file answers to Plaintiff's Complaint to allow the parties time to settle and dismiss this action.

WHEREAS, this request for extension is made prior to the expiration for performance under the original stipulations and will provide the parties the opportunity to resolve and dismiss this matter in the next 30 days.

WHEREAS, based on settlement discussions the parties request the June 28, 2012, Initial Scheduling Conference be continued to a date after August 3, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendants, through their counsel of record, and Plaintiff, through his counsel of record, that pursuant to Federal Rules of Civil Procedure 6(b), Defendants may have up to, and including, July 7, 2012, to file a responsive pleading.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendants, through their counsel of record, and Plaintiff, through his counsel of record, that the June 28, 2012, Initial Scheduling Conference be continued to a date after August 3, 2012.

IT IS SO STIPULATED.

Dated:  June 8, 2012                             PEEL | GARCIA LLP

                                                 By:     /s/ Manuel Garcia_____
                                                 Manuel Garcia, Attorney for,
                                                 Defendants, CORINA HERNANDEZ AND
                                                 GERARDO HERNANDEZ DBA TAQUERIA Y
                                                 CARNICERIA CORINA'S 2; EVA MENDOZA;
                                                 and FRED MENDOZA

Dated:  June 8, 2012                             MOORE LAW FIRM, P.C.

                                                 By:     /s/ Tanya E. Moore_____
                                                 Tanya E. Moore, Attorney for,
                                                 Plaintiff, NATIVIDAD GUTIERREZ

## ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Stipulation for Extension of Time for Defendants Corina Hernandez and Gerardo Hernandez dba Taqueria Y Carniceria Corina's 2 ("Hernandez Defendants") and Eva and Fred Mendoza ("Mendoza Defendants") to Respond to Complaint be granted. Defendants may have up to, and including, July 7, 2012, to file a responsive pleading.

IT IS ALSO HEREBY ORDERED that the June 28, 2012, Initial Scheduling Conference be continued to August 3 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 15, 2012              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE