1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    EASTERN DISTRICT OF CALIFORNIA
8
9   NATIVIDAD GUTIERREZ,                    CASE NO. CV F 12-0457 LJO MJS
10                    Plaintiff,            **ORDER AFTER SETTLEMENT**
            vs.                             (Doc. 20.)
11
    EVA MENDOZA, et al.,
12
                    Defendants.
13  _____/

14          Plaintiff's counsel notified this Court that settlement has been reached among all parties.

15  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 2, 2012,**

16  to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why

17  the action has not been dismissed.

18          This Court VACATES all pending matters and dates, including the August 3, 2012 scheduling

19  conference.

20          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21  parties who contributed to violation of this order.   *See* Local Rules 160 and 272.   This Court

22  ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil

23  Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems

24  appropriate.

25

26  IT IS SO ORDERED.

27  **Dated:    July 10, 2012**            _____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES DISTRICT JUDGE
28