1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  NATIVADAD GUTIERREZ,            )  No. 1:12-CV-00457-LJO-MJS
                                    )
12              Plaintiff,          )  **STIPULATION FOR DISMISSAL OF**
                                    )  **ACTION; ORDER**
13       vs.                        )
                                    )
14                                  )
                                    )
15  EVA MENDOZA, et al.,            )
                                    )
16              Defendants.         )
                                    )
17                                  )
                                    )
18  _____ )

19       IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

20  Defendants Eva Mendoza, Fred Mendoza, Corina Hernandez and Gerardo Hernandez dba

21  Taqueria y Carniceria Corina's 2 ("Defendants"), the parties to this action, by and through their

22  respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-

23  captioned action be dismissed with prejudice in its entirety.

24  Date: July 31, 2012                    MOORE LAW FIRM, P.C.

25

26

27                                         /s/Tanya E. Moore_____
                                           Tanya E. Moore
28                                         Attorney for Plaintiff Natividad Gutierrez

Date: July 31, 2012                                PEEL GARCIA LLP


                                                   /s/ Manuel Garcia
                                                   Manuel Garcia
                                                   Attorneys for Defendants Eva Mendoza,
                                                   Fred Mendoza, Corina Hernandez and
                                                   Gerardo Hernandez dba Taqueria y
                                                   Carniceria Corina's 2



## **ORDER**


    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The clerk is directed to close this action.




IT IS SO ORDERED.

    Dated:   **July 31, 2012**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE