1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 | NATIVADAD GUTIERREZ,              ) No.  1:12-CV-00457-LJO-MJS
12 |                                   )
   |         Plaintiff,                ) **STIPULATION FOR DISMISSAL OF**
13 |                                   ) **ACTION; ORDER**
   |      vs.                          )
14 |                                   )
15 | EVA MENDOZA, et al.,               )
   |                                   )
16 |         Defendants.               )
   |                                   )
17 |                                   )
18 |_____)

19        IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and
20 Defendants Eva Mendoza, Fred Mendoza, Corina Hernandez and Gerardo Hernandez dba
21 Taqueria y Carniceria Corina's 2 ("Defendants"), the parties to this action, by and through their
22 respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-
23 captioned action be dismissed with prejudice in its entirety.

24 Date: July 31, 2012                         MOORE LAW FIRM, P.C.
25
26
                                               /s/Tanya E. Moore
27                                             Tanya E. Moore
                                               Attorney for Plaintiff Natividad Gutierrez
28

*Gutierrez v. Eva Mendoza, et al.*
Stipulation for Dismissal; [Proposed] Order
                        Page 1

Date: July 31, 2012                                    PEEL GARCIA LLP


                                                        /s/ Manuel Garcia
                                                        Manuel Garcia
                                                        Attorneys for Defendants Eva Mendoza, Fred Mendoza, Corina Hernandez and Gerardo Hernandez dba Taqueria y Carniceria Corina's 2


## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.


IT IS SO ORDERED.

    Dated:   **July 31, 2012**                                    **/s/ Lawrence J. O'Neill**
                                                                             UNITED STATES DISTRICT JUDGE